BURKARD GRIEBEL, Appellant, *v.* THE BROOKLYN HEIGHTS
RAILROAD COMPANY, Respondent.

*Griebel* v. *Brooklyn Heights R. R. Co.*, 95 App. Div. 214, affirmed.
(Argued January 24, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 23, 1904, affirming a judgment in favor of defendant
entered upon a verdict and an order denying a motion for a
new trial.

*J. Stewart Ross* for appellant.

*I. R. Oeland* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; ho opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T.
BARTLETT, WERNER, HISCOCK and CHASE, JJ.

---

SIGMUND SAXE, Appellant, *v.* KATE T. OGDEN et al.,
Respondents.

*Saxe* v. *Ogden*, 97 App. Div. 631, affirmed.
(Argued January 24, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
August 2, 1904, modifying and affirming as modified a judg-
ment in favor of defendants entered upon a dismissal of the
complaint by the court on trial at Special Term.

*Milton Mayer* for appellant.

*Laurence L. Driggs* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T.
BARTLETT, WERNER, HISCOCK and CHASE, JJ.